IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**THELMA WILLIAMS, Jr.**                                                  **PETITIONER**

v.                          **No. 4:23-cv-01127-JM-JTK**

**DEXTER PAYNE, Director,**                                     **RESPONDENT**
**Arkansas Division of Correction**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 5th day of May, 2025.

                                                                       _____
                                                                       James M. Moody, Jr.
                                                                       United States District Judge